## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRAXTON LEVI HUGHES,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:21-cv-152** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **WARDEN H. QUAY,** | : | |
| **Respondent** | : | |

### <u>ORDER</u>

**AND NOW**, on this 23rd day of February 2021, for the reasons set forth in

the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1.   Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**; and

2.   The Clerk of Court is directed to **CLOSE** the above-captioned case.

<u>s/ Sylvia H. Rambo</u>
United States District Judge